UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11434-AS | Date | July 6, 2026 |
|---|---|---|---|
| Title | Cesar Tomas Avalos v. General Motors LLC | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**               **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 6, 2026, the Court issued an Order Re Scheduling Conference, setting a scheduling conference for July 9, 2026 at 11:00 a.m. (Dkt. No. 16). The parties were ordered to file a joint status report no later than seven days before the scheduling conference - by July 2, 2026. (Id.). However, the parties have apparently disobeyed or disregarded the Court's order.

For this reason, counsel for Plaintiff and Defendant are ORDERED TO SHOW CAUSE, in writing, by July 13, 2026, why (1) they have not complied with the Court's Order to participate in a Joint Report of Rule 26(f) meeting and draft the Joint Rule 26(f) Report in compliance with the Court's Order; and (2) the Court should not sanction counsel for their failure to do so, including the dismissal of this action for lack of prosecution. The Court will discharge this Order upon the prompt filing of a satisfactory JOINT Rule 26(f). Failure to comply with this Order may result in the dismissal of this action for lack of prosecution or additional sanctions without further notice.

The Scheduling Conference scheduled for July 9, 2026, is VACATED.

**IT IS SO ORDERED.**